# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| DEVONTE RAINS, | * |
| Plaintiff, | *  CIVIL ACTION NO.: 5:22-cv-26 |
| v. | * |
| WARDEN BRIAN COLEMAN, et al., | * |
| Defendants. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 6. Plaintiff did not file Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint for abuse of judicial process, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this \_\_1\_\_ day of \_\_July\_\_, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA