AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEVONTE RAINS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:22-cv-26

v.

WARDEN BRIAN COLEMAN, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order dated July 1, 2022, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Plaintiff's complaint is dismissed without prejudice for abuse of judicial process, and Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

July 17, 2022
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
(By) Deputy Clerk